(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**O'HAIR, DEBRA L.** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc Sec No / Complete EIN or other Tax I D. No<br>(if more than one, state all)<br>**5251** | Last four digits of Soc Sec No / Complete EIN or other Tax I D No (if more than one, state all)· |
| Street Address of Debtor (No & Street, City, State & Zip Code)<br>**3016 CONIFER DR.**<br>**LARGO, FL 33771** | Street Address of Joint Debtor (No & Street, City, State & Zip Code) |
| County of Residence or of the<br>Principal Place of Business    **PINELLAS** | County of Residence or of the<br>Principal Place of Business |
| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |

| Location of Principal Assets of Business Debtor<br>(if different from street address above) |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

<table>
<tr>
<td colspan="2"><b>Type of Debtor</b> (Check all boxes that apply)</td>
<td colspan="2"><b>Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed</b> (Check one box)</td>
</tr>
<tr>
<td>☑ Individual(s)</td>
<td>☐ Railroad</td>
<td>☑ Chapter 7    ☐ Chapter 11</td>
<td>☐ Chapter 13</td>
</tr>
<tr>
<td>☐ Corporation</td>
<td>☐ Stockbroker</td>
<td>☐ Chapter 9    ☐ Chapter 12</td>
<td></td>
</tr>
<tr>
<td>☐ Partnership</td>
<td>☐ Commodity Broker</td>
<td colspan="2">☐ Sec 304 - Case ancillary to foreign proceeding</td>
</tr>
<tr>
<td>☐ Other _____</td>
<td>☐ Clearing Bank</td>
<td colspan="2"></td>
</tr>
<tr>
<td colspan="2"><b>Nature of Debts</b> (Check one box)</td>
<td colspan="2"><b>Filing Fee</b> (Check one box)</td>
</tr>
<tr>
<td>☑ Consumer/Non-Business</td>
<td>☐ Business</td>
<td colspan="2">☑ Full Filing Fee Attached</td>
</tr>
<tr>
<td colspan="2"><b>Chapter 11 Small Business</b> (Check all boxes that apply)</td>
<td colspan="2" rowspan="3">☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments<br>Rule 1006(b)  See Official Form No 3</td>
</tr>
<tr>
<td colspan="2">☐ Debtor is a small business as defined in 11 U S C § 101</td>
</tr>
<tr>
<td colspan="2">☐ Debtor is and elects to be considered a small business under<br>11 U S C § 1121(e) (Optional)</td>
</tr>
</table>

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

FILED
TAMPA, FLORIDA
2004 FEB 19 PM 3: 44
CLERK U S BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)  **DEBRA L. O'HAIR** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed    **NONE** | Case Number | Date Filed |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor<br>  **NONE** | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X *Debra O'Hair*
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

**727-507-0986**
Telephone Number (If not represented by attorney)

*2-19-2004*
Date

### Signature of Attorney

X **Not Applicable**
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s) / Bar No

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter

X **Not Applicable**
Signature of Attorney for Debtor(s)         Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**ROSE MARIE WILSON, B.A., M.P.A.**
Printed Name of Bankruptcy Petition Preparer

**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**
Social Security Number

**12041-A 66TH ST. NORTH**
Address

**LARGO, FLORIDA 33773**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

*7/25/03*
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U S C § 110, 18 U S C § 156

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT

## Middle District of Florida

In re     **DEBRA L. O'HAIR**

Case No

Chapter     **7**

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition ]*

Exhibit "C" to Voluntary Petition

1  Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

2  With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary)

Form B6
(6/90)

# United States Bankruptcy Court
## Middle District of Florida

In re   **DEBRA L. O'HAIR**

Case No

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 75,500.00 | | |
| B - Personal Property | YES | 3 | $ 4,495.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 66,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 48,383.98 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,435.53 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,594.00 |
| Total Number of sheets in ALL. Schedules ➤ | | 16 | | | |
| Total Assets ➤ | | | $ 79,995.00 | | |
| Total Liabilities ➤ | | | | $ 114,883.98 | |

FORM B6A
(6/90)

In re.    **DEBRA L. O'HAIR**_____    .    Case No _____
                              Debtor                                                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| REAL PROPERTY LOCATED AT 3016 CONIFER DR. LARGO, FL 33771 | Fee Owner | | $ 75,000.00 | $ 62,000.00 |
| TIME SHARE ~ HOME OWNED IN TREASURE ISLAND WITH HER & EX HUSBAND ~ PAID FOR ~ DEBTOR HAS 1/2 INTERESTS | Fee Owner | J | $ 500.00 | $ 0.00 |
| | Total ➤ | | $ 75,500.00 | |

(Report also on Summary of Schedules )

FORM B6B
(10/89)

In re   **DEBRA L. O'HAIR** _____      Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | | **CASH OF DEBTOR** | | **15.00** |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **CHECKING ACCOUNT WITH BANK OF AMERICA** | | **50.00** |
| 3  Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4  Household goods and furnishings, including audio, video, and computer equipment | | **QUEEN BED, DRESSER, NIGHTSTAND, 2 LAMPS, SOFA, COFFE TABLE, 2 END TABLES, MICROWAVE , IRON, DESK, CHAIR** | | **350.00** |
| 5  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6  Wearing apparel | | **CLOTHING OF DEBTOR** | | **75.00** |
| 7  Furs and jewelry | | **8 PAIR COSTUME JEWELRY** | | **5.00** |
| 8  Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9  Interests in insurance policies  Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10  Annuities  Itemize and name each issuer | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans  Itemize | | **401K   THRU EMPLOYMENT** | | **0.00** |
| 12  Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13  Interests in partnerships or joint ventures  Itemize | X | | | |
| 14  Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |

FORM B6B
(10/89)

In re    **DEBRA L. O'HAIR**                                    ·    Case No. _____
              Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15  Accounts receivable | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | | 1996 PONTIAC GRAND AM | | 4,000.00 |
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| 30  Crops - growing or harvested  Give particulars | X | | | |

FORM B6B
(10/89)

In re    **DEBRA L. O'HAIR**                                            Case No.
_____                          _____
                    **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed  Itemize | X | | | |

                        __2__    continuation sheets attached          Total    >      **$  4,495.00**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(6/90)

In re   **DEBRA L. O'HAIR**                                            , Case No _____
                        Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U S C § 522(b)(1)   Exemptions provided in 11 U S C § 522(d)   **Note:  These exemptions are available only in certain states.**

☒ 11 U S C § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **1996 PONTIAC GRAND AM** | **FSA § 222.25(1)** | 0.00 | 4,000.00 |
| **401K  THRU EMPLOYMENT** | **Art. 10 § 4(a)(2), FSA § 222.061** | 0.00 | 0.00 |
| **8 PAIR COSTUME JEWELRY** | **Art. 10 § 4(a)(2), FSA § 222.061** | 5.00 | 5.00 |
| **CASH OF DEBTOR** | **Art. 10 § 4(a)(2), FSA § 222.061** | 15.00 | 15.00 |
| **CHECKING ACCOUNT WITH BANK OF AMERICA** | **Art. 10 § 4(a)(2), FSA § 222.061** | 50.00 | 50.00 |
| **CLOTHING OF DEBTOR** | **Art. 10 § 4(a)(2), FSA § 222.061** | 75.00 | 75.00 |
| **QUEEN BED, DRESSER, NIGHTSTAND, 2 LAMPS, SOFA, COFFE TABLE, 2 END TABLES, MICROWAVE , IRON, DESK, CHAIR** | **Art. 10 § 4(a)(2), FSA § 222.061** | 350.00 | 350.00 |
| **REAL PROPERTY LOCATED AT 3016 CONIFER DR. LARGO, FL 33771** | **Art. 10, §4(a)(1), FSA §§ 222.01, 222.02** | 0.00 | 75,000.00 |
| **TIME SHARE ~ HOME OWNED IN TREASURE ISLAND WITH HER & EX HUSBAND ~ PAID FOR ~ DEBTOR HAS 1/2 INTERESTS** | **Art. 10 § 4(a)(2), FSA § 222.061** | 500.00 | 500.00 |

FORM B6D
(6/90)

In re   **DEBRA L. O'HAIR**                                    Case No _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **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**<br>**DONNA WILLIAMS**<br>**5119 69TH WAY N**<br>**ST. PETERSBURG, FL 33709** | | | **Automobile Loan**<br>**1996 PONTIAC GRAND AM**<br><br>**VALUE $4,000.00** | | X | | 4,500.00 | 500.00 |
| ACCOUNT NO   **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**<br>**THE LEADER MORTGAGE CO.**<br>**1015 EUCLID AVE**<br>**CLEVELAND OH 44115** | | | **Mortgage**<br>**REAL PROPERTY LOCATED AT**<br>**3016 CONIFER DR. LARGO, FL**<br>**33771**<br><br>**VALUE $75,000.00** | | X | | 62,000.00 | 0.00 |

<u>0</u> Continuation sheets attached

| | | |
|---|---|---|
| Subtotal        ➤<br>(Total of this page) | | **$66,500.00** |
| Total        ➤<br>(Use only on last page) | | **$66,500.00** |

(Report total also on Summary of Schedules)

B6E
(Rev 4/98)

In re   **DEBRA L. O'HAIR**                                                      Case No _____
                        Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C  § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C  § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C  § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U S C  § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U S C  § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C  § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U S C  § 507(a)(9)

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

1  Continuation sheets attached

FORM B6E - Cont
(10/89)

In re    **DEBRA L. O'HAIR**                                    Case No
_____                          _____
           Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | | |

Sheet no  1  of  1  sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal<br>(Total of this page) | ➤ | **$0.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule E.) | ➤ | **$0.00** |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **DEBRA L. O'HAIR** ,                                    Case No _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   **TF56N4N** <br><br>ALLTEL<br>PO BOX 530533<br>ATLANTA, GA 30353 | | | CONSUMER DEBT | | X | | 205.14 |
| ACCOUNT NO   **6141184** <br><br>ATTENTION L.L.C<br>PO BOX 2308<br>SHERMAN, TX 750191<br><br>ST. PETERSBURG MED CTR.<br>PO BOX 9800<br>PALM HARBOR, FL 34682 | | | COLLECTION RE: ST. PETERSBURG MEDICAL CENTER | | X | | 610.90 |
| ACCOUNT NO   **G3003549614** <br><br>BABAT KATZ HONEYCUTT MDS<br>6449 38 AVE N<br>SUITE C4<br>ST. PETERSBURG, FL 33710 | | | MEDICAL  DEBT | | X | | 81.80 |
| ACCOUNT NO   **4417124381900213** <br><br>BANK ONE<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE 19886 | | | CONSUMER DEBT | | X | | 23,526.94 |
| ACCOUNT NO   **4325157000354306** <br><br>BANK ONE<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE 19886 | | | CONSUMER DEBT | | X | | 13,624.84 |

   <u>3</u>   Continuation sheets attached

Subtotal ➤

Total ➤

| | |
|---|---|
| Subtotal | $38,049.62 |
| Total | |

Form B6F - Cont
(12/03)

In re __DEBRA L. O'HAIR_____,   Case No _____
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   5291491732226186 <br><br> CAPITAL ONE <br> POB 85015 <br> RICHMOND, VA 23285 | | | CONSUMER DEBT | | X | | 6,898.80 |
| ACCOUNT NO   005387749 <br><br> COLLECTION INFORMATION BUREAU <br> PO BOX 1467 <br> LAKE WORTH, FL 33460 | | | COLLECTION RE: PALMS OF PASADENA | | X | | 232.20 |
| ACCOUNT NO   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 <br><br> HEALTHCARE FINANCIAL SVC <br> 1204 KANAWHA BLVD EAST <br> CHARLESTON, WV 25301 | | | MEDICAL DEBT | | X | | 29.75 |
| ACCOUNT NO   22204 <br><br> HOGAN G. YI, MD <br> 10 PASADENA AVE N <br> ST. PETERSBURG, FL 33710 | | | MEDICAL  DEBT | | X | | 217.53 |
| ACCOUNT NO   124800124 <br><br> MEDICAL REVENUE SVC <br> PO BOX 1940 <br> MELBOURNE FL 32902 | | | MEDICAL DEBT | | X | | 1,370.00 |

Sheet no   _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　(Total of this page)   **$8,748.28**

Total ➤
(Use only on last page of the completed Schedule F )

Form B6I - Cont
(12/03)

In re __DEBRA L. O'HAIR__ ,     Case No _____
          Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO   3003517296 | | | | | X | | 12.47 |
| NCO FINANCIAL PO BOX 41421 DEPT 33 PHILADELPHIA, PA 19101 ST. PETERSBURG MED CTR. PO BOX 9800 PALM HARBOR, FL 34682 | | | COLLECTION RE: ST. PETERSBURG MEDICAL CTR. | | | | |
| ACCOUNT NO   3003549614 | | | | | X | | 699.00 |
| NCO FINANCIAL PO BOX 41421 DEPT 33 PHILADELPHIA, PA 19101 ST. PETERSBURG MED CTR. PO BOX 9800 PALM HARBOR, FL 34682 | | | COLLECTION RE. ST. PETERSBURG MEDICAL CTR. | | | | |
| ACCOUNT NO   4805621 | | | | | X | | 678.81 |
| NCO FINANCIAL PO BOX 41421 DEPT 33 PHILADELPHIA, PA 19101 ST. PETERSBURG MED CTR PO BOX 9800 PALM HARBOR, FL 34682 | | | COLLECTION RE: ST. PETERSBURG MEDICAL CTR. | | | | |
| ACCOUNT NO   3003540397 | | | | | X | | 55.44 |
| NCO FINANCIAL SYSTEMS PO BOX 41521 DEPT 33 PHILADELPHIA PA 19101 | | | COLLECTION RE. ST.PETERSBURG, MEDICAL CENTER | | | | |

Sheet no _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page of the completed Schedule F )

$1,445.72

Form B6F - Cont
(12/03)

In re    __DEBRA L. O'HAIR_____,    Case No. _____
                                  **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above ) | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>**PASADENA RADIOLOGY**<br>**PO BOX 47948**<br>**ST. PETERSBURG, FL 33743** | | | MEDICAL DEBT | | X | | 126.00 |
| ACCOUNT NO    361092<br><br>**PATHOLOGY ASSOCIATES PA**<br>**4563 CENTRAL AVE**<br>**SUITE A**<br>**ST. PETERSBURG, FL 33713** | | | MEDICAL DEBT | | X | | 14.36 |

Sheet no  3 of  3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F )

| | |
|---|---|
| **$140.36** |
| **$48,383.98** |

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **DEBRA L. O'HAIR**                                    Case No _____
              Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

B6H
(6/90)

In re: **DEBRA L. O'HAIR** , Case No.
                Debtor                                                    (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

FORM B6I
(6-90)

In re **DEBRA L. O'HAIR** , Case No. _____
           Debtor                                                       (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status **DIVORCED** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age **44**<br>Spouse's Age | NAMES<br>**MICHEAL S. O'HAIR** | AGE<br>**25** | RELATIONSHIP<br>**SON** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ACCT. OFFICE CLERK** | |
| Name of Employer | | |
| How long employed | **19 YEARS** | |
| Address of Employer | **TRADER PUBLISHING**<br>**CLEARWATER, FL** | |

| Income (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly ) | $ 2,177.56 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2,177.56 | $ |
| LESS PAYROLL DEDUCTIONS | | |
|   a Payroll taxes and social security | $ 307.22 | $ |
|   b Insurance | $ 123.20 | $ |
|   c Union dues | $ 0.00 | $ |
|   d Other (Specify) **401K LOAN** | $ 311.61 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 742.03 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,435.53 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 1,435.53 | $ |

TOTAL COMBINED MONTHLY INCOME      **$ 1,435.53**      (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document      **NONE**

Form B6J
(6/90)

In re    **DEBRA L. O'HAIR**                                                    ,    Case No _____
      Debtor                                                                         (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of expenditures labeled "Spouse"

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 510.00 |
| Are real estate taxes included?  Yes _____  No ✓ | | |
| Is property insurance included?  Yes _____  No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 150.00 |
|     Water and sewer | $ | 86.00 |
|     Telephone | $ | 58.00 |
|     Other    CABLE | $ | 50.00 |
| Home maintenance (repairs and upkeep) | $ | 20.00 |
| Food | $ | 400.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 10.00 |
| Medical and dental expenses | $ | 40.00 |
| Transportation (not including car payments) | $ | 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 0.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 120.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments  (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 100.00 |
|     Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **1,594.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval

| | | |
|---|---|---|
| A  Total projected monthly income | $ | _____ |
| B  Total projected monthly expenses | $ | _____ |
| C  Excess income (A minus B) | $ | _____ |
| D  Total amount to be paid into plan each _____ | $ | _____ |
|                (interval) | | |

In re    **DEBRA L. O'HAIR**                                                Case No
     **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**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of        **15**  sheets, plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief

Date _2-19-04_                                    Signature _Debra L. O'Hair_

                                          **DEBRA L. O'HAIR**

                               [If joint case, both spouses must sign]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**ROSE MARIE WILSON, B.A., M.P.A.**                              **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**

Printed or Typed Name of Bankruptcy Petition Preparer            Social Security Number

**12041-A 66TH ST. NORTH**
**LARGO, FLORIDA 33773**
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document
        NAME                                              SOCIAL SECURITY NUMBER

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____                    _7/25/03_
   Signature of Bankruptcy Petition Preparer                Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both
11 U S C § 110, 18 U S C § 156

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT

### Middle District of Florida

In re    DEBRA L. O'HAIR                    Case No _____

5251                                        Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the **two years** immediately preceding this calendar year  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income  Identify the beginning and ending dates of the debtor's fiscal year )  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **26,000.00** | **EMPLOYMENT** | **2002** |
| **15,069.12** | **EMPLOYMENT** | **2003** |

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case  Give particulars  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **11,355.83** | **AUTO ACCIDENT SETTLEMENT** | **2004** |

### 3. Payments to creditors

None ☐

a  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **BURDINES** | **2/04** | **700.00** | |
| **THE LEADER MORTGAGECO.**<br>**1015 EUCLID AVE**<br>**CLEVELAND OH 44115** | **2/04** | **7,000.00** | |

b  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None ☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b   List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ROSEMARIE WILSON**<br>**12041 66TH ST. N**<br>**LARGO, FL 33773** | **JULY 2003** | **PAID $175 FOR ORIGINAL PETITION AND DISK** |

## 10.  Other transfers

None
☑

a   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case   Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions   (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case   If a joint petition is filed, report also any separate address of either spouse

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material  Indicate the governmental unit to which the notice was sent and the date of the notice

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party   Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

None
☑

| NAME AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

## 18.  Nature, location and name of business

None
☑

a        If the debtor is an individual, list the names, addresses, *taxpayer identification numbers, nature of the businesses,* and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case

| NAME | TAXPAYER I D NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b        Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U S C  § 101

None
☑

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual  and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct

Date  2-19-2004

Signature
of Debtor    Debra L O'Hair
**DEBRA L. O'HAIR**

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**ROSE MARIE WILSON, B.A., M.P.A.**                                    **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**
Printed or Typed Name of Bankruptcy Petition Preparer                  Social Security Number

**12041-A 66TH ST. NORTH**
**LARGO, FLORIDA 33773**


Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document
                NAME                                    SOCIAL SECURITY NUMBER

        **None**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person
X _____                          2/25/03
    **ROSE MARIE WILSON, B.A., M.P.A.**                            Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U S C § 110, 18 U S C § 156*

## UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In re    DEBRA L. O'HAIR                          Case No _____
         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                              Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate

2    I intend to do the following with respect to the property of the estate which secures those consumer debts

    a    *Property To Be Surrendered*

Description of Property                    Creditor's Name

    **None**

    b    *Property To Be Retained*                    *[Check any applicable statement ]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U S C § 722 | Debt will be reaffirmed pursuant to 11 U S C § 524(c) | Other |
|---|---|---|---|---|---|
| **1. 1996 PONTIAC GRAND AM** | **DONNA WILLIAMS** | | | X | |
| **2. REAL PROPERTY LOCATED AT 3016 CONIFER DR. LARGO, FL 33771** | **THE LEADER MORTGAGECO.** | | | X | |

Date   2-19-04                          *Debra O'Hair*
                                        Signature of Debtor

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

**ROSE MARIE WILSON, B.A., M.P.A.**          **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**
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No

**12041-A 66TH ST. NORTH**
**LARGO, FLORIDA 33773**
Address

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

X _____          7/25/03
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both   11 U S C § 110, 18 U S C § 156

DEBRA L. O'HAIR
3016 CONIFER DR.
LARGO, FL 33771

NCO FINANCIAL
PO BOX 41421 DEPT 33
PHILADELPHIA, PA 19101

ALLTEL
PO BOX 530533
ATLANTA, GA 30353

NCO FINANCIAL SYSTEMS
PO BOX 41521 DEPT 33
PHILADELPHIA PA 19101

ATTENTION L.L.C
PO BOX 2308
SHERMAN, TX 750191

PASADENA RADIOLOGY
PO BOX 47948
ST. PETERSBURG, FL 33743

BABAT KATZ HONEYCUTT MDS
6449 38 AVE N
SUITE C4
ST. PETERSBURG, FL 33710

PATHOLOGY ASSOCIATES PA
4563 CENTRAL AVE
SUITE A
ST. PETERSBURG, FL 33713

BANK ONE
CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886

ST. PETERSBURG MED CTR
PO BOX 9800
PALM HARBOR, FL 34682

CAPITAL ONE
POB 85015
RICHMOND, VA 23285

ST. PETERSBURG MED CTR.
PO BOX 9800
PALM HARBOR, FL 34682

COLLECTION INFORMATION B
PO BOX 1467
LAKE WORTH, FL 33460

ST. PETERSBURG MED CTR.
PO BOX 9800
PALM HARBOR, FL 34682

DONNA WILLIAMS
5119 69TH WAY N
ST. PETERSBURG, FL 33709

THE LEADER MORTGAGECO.
1015 EUCLID AVE
CLEVELAND OH 44115

HEALTHCARE FINANCIAL SVC
1204 KANAWHA BLVD EAST
CHARLESTON, WV 25301

HOGAN G. YI, MD
10 PASADENA AVE N
ST. PETERSBURG, FL 33710

MEDICAL REVENUE SVC
PO BOX 1940
MELBOURNE FL 32902

**UNITED STATES BANKRUPTCY COURT**

**Middle District of Florida**

In re     **DEBRA L. O'HAIR**

**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**

Case No _____

Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **1** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions

Dated  2-19-04

Signed  _____

**DEBRA L. O'HAIR**