UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: DEBRA L. O'HAIR                    CASE NO. 04-03161-8B7

      Debtor(s)
_____/

TRUSTEE'S OBJECTION TO EXEMPTIONS

    Beth Ann Scharrer, Trustee in the above-captioned Chapter 7 case, files this Objection to Debtor's claim of exemptions and states as follows:

    1.  The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on or about February 12, 2004.

    2. Beth Ann Scharrer was appointed to serve as chapter 7 Trustee in this case.

    3.  A 341 meeting of creditors was conducted and concluded on March 22, 2003.

    4.   The Trustee believes the Debtor has undervalued her personal property in that the Debtor valued a checking account at $50 and claimed same as exempt.  The Trustee has determined the balance of the checking account on the date of filing was $10,000, in excess of her allowable exemptions.  This checking account is property of the bankruptcy estate.

    5.  The Trustee objects to the Debtor's claim of exemptions of her personal property to the extent the value of her personal property exceeds her allowable exemptions.

WHEREFORE the Trustee respectfully requests the entry of an order disallowing the Debtor's claim of exemptions in personal property to the extent it exceeds her allowable exemptions and for any other relief which this Court deems just.

Respectfully submitted,

/s/ Beth Ann Scharrer
_____
Beth Ann Scharrer, Trustee
P.O. Box 4550
Seminole, FL 33775-4550
727.392.8031
Bethscharrer@tampabay.rr.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on April 6, 2004 by electronic delivery to the U.S. Trustee; and by U.S. mail to Debra L. O'Hair, 3016 Conifer Drive, Largo, FL 33771.

/s/ Beth Ann Scharrer
_____
Beth Ann Scharrer