UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: DEBRA L. O'HAIR              CASE NO. 04-03161-8B7

      Debtor.

_____/

MOTION TO COMPEL TURNOVER

    Beth Ann Scharrer, the Trustee in the above-captioned Chapter 7 case, files this Motion to Compel Turnover of Property of the Estate and states as follows:

    1.  On Feb. 12, 2004 the Debtor filed a Petition for Relief under Chapter 7 of the Bankruptcy Code.

    2.  The Trustee has requested the Debtor to provide her with her banking records for December 2003, January, 2004 and February, 2004, but to date the Debtor has failed to turn over those records to the Trustee.

    3.  The Trustee has requested the Debtor to provide her with a copy of her 2003 income tax return, as well as any income tax refund received, but to date the Debtor has failed to turn same over to the Trustee.

    4.  The Trustee has requested the Debtor to turn over $10,000 which was in Debtor's checking account on the date of filing, but to date, the Debtor has failed to turn same over to the Trustee.

    Wherefore, the Trustee requests the entry of an Order Granting the Motion to Compel Turnover directing the Debtor to provide the Trustee with copies of her banking records for December 2003, January, 2004 and February, 2004, a copy her 2003 income tax return, any income tax refund for 2003 and $10,000 held in Debtor's checking account on the date of filing and for any other relief which this Court deems just.

Respectfully submitted,

/s/ Beth Ann Scharrer
_____
Beth Ann Scharrer, Trustee
P.O. Box 4550
Seminole, FL 33775-4550
727.392.8031

Bethscharrer@tampabay.rr.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Motion was served by U.S. mail on Debra L. O'Hair, 3016 Conifer Drive, Largo, FL 33771; and by electronic delivery to U.S. Trustee, on April 6, 2004.

/s/ Beth Ann Scharrer

_____

Beth Ann Scharrer