7
Case 8:04-bk-03161-CPM   Doc 14   Filed 07/19/04   Page 1 of 1

**FILED**
JUL 19 2004
Clerk U.S. Bankruptcy
Court Tampa, FL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: DEBRA L. O'HAIR                    CASE NO. 04-03161-8B7

    Debtor.
_____/

### ORDER ON MOTION TO COMPEL TURNOVER

This case came on for hearing on June 14, 2004 on the Trustee's Motion to Compel Turnover of Property of the Estate. The Court has considered the Motion, together with the record, and comments from Beth Ann Scharrer, Trustee, and finds that the Motion is well taken and should be granted. Accordingly, it is

ORDERED:

The Trustee's Motion is granted and the Debtor is directed to turn over to the Trustee $10,000 by making payments of $500 per month on the first day of each month beginning on June 1, 2004 and continuing on the first of each month until paid in full.

DONE and ORDERED on July 19, 2004 at Tampa, Florida.

Thomas E. Baynes, Jr.
U.S. Bankruptcy Judge

Beth Ann Scharrer
U.S. Trustee
Debra O'Hair, 3016 Conifer Dr., Largo, FL 33771